GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
KRAVITZ, SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gschnitzer@ksjattorneys.com
mkurshumova@ksjattorneys.com
*Attorneys for Plaintiff One Stop 4 Flooring, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ONE STOP 4 FLOORING, LLC, a Nevada limited liability company, <br><br> Plaintiff <br><br> v. <br><br> KOLAY FLOORING INTERNATIONAL, LLC, a foreign limited liability company. <br><br> Defendant. | Case No.: 2:23-cv-00683-RFB-BNW <br><br> **ORDER TO** <br> **DISMISS WITH PREJUDICE** |

COME NOW, Plaintiff ONE STOP 4 FLOORING, LLC ("One Stop"), by and through its counsel of record, Marta D. Kurshumova, Esq. of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD, and Defendant KOLAY FLOORING INTERNATIONAL, LLC ("Kolay"), by and through its counsel of record, Kevin Diamond, Esq. of THORNDAL ARMSTRONG, PC (collectively, "Parties"), and hereby stipulate and agree that the above-entitled civil action is hereby dismissed **with prejudice** in its entirety with each party to bear its own attorneys' fees

/ / /

/ / /

/ / /

/ / /

1

and costs.

DATED this 21st day of August, 2023.

DATED this 21st day of August, 2023.

**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**

**THORNDAL ARMSTRONG, PC**

*Marta D. Kurshumova*
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
Marta D. Kurshumova, Esq.
Nevada Bar No. 14728
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

*Kevin Diamond*
Kevin Diamond, Esq.
Nevada Bar No. 4967
1100 East Bridger Avenue
Las Vegas, NV 89101
*Attorneys for Defendant*

### ORDER

Upon Stipulation by counsel for the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled civil action is hereby dismissed **with prejudice** in its entirety with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: August 22, 2023

_____
UNITED STATES DISTRICT JUDGE

2